STATE OF LOUISIANA                     *        NO. 2023-KA-0498

VERSUS                                 *        COURT OF APPEAL

CRAIG L. CURLEY, SR.                   *        FOURTH CIRCUIT

                                       *        STATE OF LOUISIANA

                                       *

                                       *
                               * * * * * * *


*PAB*    **BROWN, J., CONCURS WITH REASONS**

I respectfully concur with the majority's opinion. I write separately to highlight why I believe the district court did not abuse its discretion in sentencing the defendant as it did. Defendant committed egregious acts and was convicted of molestation, indecent behavior and sexual battery of his daughter, who was under the age of thirteen at the time of the crimes. As pointed out by the majority, the district court painstakingly considered the victim's impact statement and many sentencing factors as outlined in La. C.Cr.P. article 894.1, before sentencing the defendant to seventy-five years, with parole eligibility after twenty-five years. I find that the district court properly complied with the statutory guidelines for sentencing and did not err.